UNITED STATES DISTRICT COURT
for the
Western District of Missouri

Ix Kelem Lum'a, Innocent Petitioner,    )
                                         )   CIVIL CLAIM
                                         )
                                         )   Demand for Jury Trial
v.                                       )
                                         )   4:20-cv-00996-SRB
                                         )
                                         )
CASS COUNTY PUBLIC WATER SUPPLY.         )

**PETITIONER'S BRIEF**

Innocent Petitioner – Ix Kelem Lum'a ex Rel. Kimberly C. Hose
Aboriginal American Indian
204 S. Lyne Ave
Raymore, Missouri [64083]
816-769-6891
anaa.ixkelemluma@protonmail.com

## INTRODUCTION

I, Ix Kelem Lum'a ex Rel. Kimberly C. Hose present this claim in District Court pursuant to Title 15 U.S.C. § 1692k(d) and invoke my role as administrator pursuant to Title 15 U.S.C. § 1692c(d):

I am an aboriginal American Indian Not Taxed.(exhibit A) I am **not** a United States Citizen. American aborigines are forced into commerce. Therefore, pursuant to Title 15 USC § 1692a(3), I am a Consumer. Pursuant to Title 15 USC § 1692a(4), numerous treaties and my ancestry and heritage, I am an original creditor. I am asserting rights via laws created by Congress to protect me from abusive debt collection practices. Pursuant to Title 15 USC § 1692a(6), CASS COUNTY WATER SUPPLY is a debt collector.

## SUMMARY

When signing up for services, CASS COUNTY WATER SUPPLY provided a deceptive form in violation of 15 U.S. Code § 1692j. Innocent Petitioner sent an affidavit to the defendant demanding that the defendant cease and desist all attempts to collect the disputed alleged debt, validate the alleged debt, provide all documentary evidence related to the alleged debt and provide the name and address of the original creditor related to the account.(exhibit B) The defendant did not respond to the affidavit. While the alleged debt was being

disputed, the defendant acting as a debt collector, continued to attempt to collect the alleged debt in clear violation of Title 15 U.S.C. § 1692c(c)1. Said communication was sent by post card in violation of Title 15 U.S.C. § 1692f(7). (exhibit C)The debt collector never responded to the affidavit and never responded to the request for validation of the debt, the name and address of the original creditor, or documentary evidence.

CASS COUNTY WATER SUPPLY regularly sends bills which falsely represent the character, amount, and legal status of the alleged debt in violation of Title 15 U.S.C. § 1692e(2)(a).

After no response within 30 days of the receipt of the lawful dispute of the debt, Innocent Petitioner sent an affidavit of non-compliance to the defendant. (exhibit D) The defendant, CASS COUNTY PUBLIC WATER SUPPLY, then conspired with DIKELAND SEWER DISTRICT to have the water service stopped, which would result in the interference of sewer service. (exhibit E) This unlawful and harassing action is in direct violation of Title 15 U.S.C. § 1692e(5) and Title 15 U.S.C. § 1692d.

At no time has defendant CASS COUNTY PUBLIC WATER SUPPLY notified Consumer that they are a debt collector. This false representation of CASS COUNTY PUBLIC WATER SUPPLY is in violation of 15 U.S.C. § 1692e(10)

72  and 15 U.S.C. § 1692e(11). This false representation has been used by the
73  defendant to continue collecting the alleged debt.

74  ## ARGUMENT

75  Defendant created deceptive form in violation of Title 15 U.S.C. § 1692j to
76  create a false belief that "payments" from Consumer are required. Instead of
77  collecting the information necessary to gain access to the Consumer's credit
78  through the Department of Treasury to lawfully discharge the debt, CASS
79  COUNTY PUBLIC WATER SUPPLY created a deceptive form and used
80  deceptive practices including oppressive tactics (disconnecting water service),
81  threats, duress, and coercion to compel Innocent Petition to "pay" when "payment"
82  is not required. When these rights were expressed to the defendant, they
83  unlawfully discontinued service leaving the Consumer without water. The
84  defendant maintains access to the Consumer's credit and unlawfully stopped
85  providing service. Innocent Petitioner sent defendant an affidavit of "NOTICE OF
86  NON-COMPLIANCE" via USPS Certified mailing number 7020 0640 0000 0824
87  4524.

88  ## CONCLUSION

89  Defendant's non-compliant actions were intentional and egregious. Innocent
90  Petitioner requests remedy in the form of services restored immediately and

pursuant to Title 15 U.S.C. § 1692h all payments shall be returned immediately and damages in the amount of $5,000 and reasonable attorney's fees.

Note that violations of Title 15 U.S.C. § 1692e(3) shall be challenged directly. The defendant defaulted when defendant CASS COUNTY PUBLIC WATER SUPPLY refused to respond to the affidavit.

December 17, 2020

Submitted by:

_____

Ix Kelem Lum'a ex Rel. Kimberly C. Hose

Certificate of Service:
Notice of Federal District Court Case sent to
CASS COUNTY PUBLIC WATER SUPPLY via
USPS Certified Mail Number: 7020 0640 0000 0824 4586